UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leland Foster,                                   Case No. 3:23-cv-1545

        Plaintiff,

v.                                              ORDER

Rys Holdings, LLC,

        Defendant.

       Plaintiff filed a Complaint in this case on August 8, 2023. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Ninety days have elapsed since the filing of the Complaint, and there is no indication on the docket that Plaintiff has perfected service on Defendant.

       By December 8, 2023, Plaintiff shall either show service has been perfected or show cause for the failure to do so. If Plaintiff fails to do so, this action will be dismissed without prejudice under Rule 4(m).

       So Ordered.

                                                                   s/ Jeffrey J. Helmick
                                                                   United States District Judge